# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>-vs-<br>JORGE BALLESTEROS,<br><br>                           Defendant. | Case No.        4:20-CR-6004-SAB-1<br><br>CRIMINAL MINUTES<br><br>DATE:         MAY 12, 2021<br><br>LOCATION:  YAKIMA, WA<br><br>PRETRIAL CONFERENCE HEARING |

| Chief Judge Stanley A. Bastian | | |
|---|---|---|
| Michelle Fox | 01/03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Benjamin Seal<br>Matthew Stone | | Kenneth Therrien<br>Elijah Marchbanks |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | | |

[ X ]  **Open Court**          [   ]  **Chambers**          [   ]  **Telecon/Video**

Defendant present and in custody of US Marshal.

Counsel are all ready to proceed to trial next week.

M. Stone estimates 3 days.

K. Therrien estimates 3-4 days.

Court outlines trial procedures.  12 jurors and 2 alternates.   Jury selection outlined. Challenges for cause will be taken in chambers, off the record, and then the Court will make a record during break.  Preemptory challenges outlined.

Court asks about alternates and if want random or 13 and 14.
    M. Stone does not have a preference.
    K. Therrien prefers to know who the alternates are.

Court will begin final pretrial conference at 8:30 am in Richland in the upstairs courtroom.   9:00 am with jury selection.

[ X ]  ORDER FORTHCOMING

| CONVENED: 9:30 A.M. | ADJOURNED: 10:00 A.M. | TIME: 30 MIN. | CALENDARED [ X ] |
|---|---|---|---|

*United States –vs- J. Ballesteros*  May 12, 2021
4:20-CR-6004-SAB-1  Page 2
Pretrial Conference Hearing

M. Stone asks about voir dire.

Court explains procedure.

Court asks about a question to the jury regarding vaccination.  Think about it and let the Court know on Monday.

K. Therrien asks about side bars.
 Court will avoid side bars but if necessary, make your objection and may handle during a break.

K. Therrien asks about objections.
 Court states that it is one attorney per witness.

Court will allow counsel to be in the auditorium with the other half of the jurors.

Exhibits are discussed.