Case 4:20-cr-06004-SAB    ECF No. 115    filed 12/14/21    PageID.488    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021
SEAN F. McAVOY, CLERK

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) |
| v. | ) |
|  | ) |
| Jorge Ballesteros | ) Case No. **4:20-cr-06004-SAB-1** |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

***PLEASE ARRIVE 30 MINUTES EARLY WITH PROPER IDENTIFICATION***

| Place: | ☐ United States Courthouse<br>West 920 Riverside Avenue<br>Spokane, WA 99201 | ☐ United States Courthouse<br>25 South 3rd Street<br>Yakima, WA 98901 | ☑ United States Courthouse<br>825 Jadwin Avenue<br>Richland, WA 99352 |

Date: **12/28/2021**    Time: **01:30 pm**    Courtroom 326 - **Magistrate Judge Dimke**

**Defendant's Address:**    Pasco, Washington 99301

This offense is briefly described as follows:

See Petition and Order dated 12/09/2021.

Date: Dec 09, 2021, 4:37 pm

**CLERK OF COURT**

By: _____
SEAN F. McAVOY, Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 12-14-2021

_____
Server's signature

J. Hernandez DUSM
*Printed name and title*