# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. JORGE BALLESTEROS**         **Case No.    4:20-CR-06004-SAB-1**

**Initial Appearance on Supervised Release Petition:**         **12/28/2021**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Thomas Hanlon, US Atty (video) |
| | | ☒ | Jeremy Sporn, Defense Atty [R] |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer [R] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ out of custody [R] | | |

| | | | |
|---|---|---|---|
| ☐ | USA Oral Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights previously filed |
| ☒ | Financial Affidavit (CJA 23) previously filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☒ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☒ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the petition filed on 12/9/2021 regarding alleged violation numbers 1-4.
    The Defendant acknowledged to the Court that his true and correct name is: Jorge Ballesteros.
    A denial of the violations pending on the petition is entered on behalf of Defendant.
    Probation is not seeking detention; the USA agrees with probations recommendation.

**The Court ordered:**
1. The Defendant shall be released on conditions as previously imposed.

**Revocation Hearing:**
**01/12/2022 @ 2:00 p.m.**
**[R/SAB]**