1
2
3    Craig D. Webster
     Federal Defenders of Eastern Washington & Idaho
     306 E. Chestnut Ave.
     Yakima, WA 98901
     (509) 248-8920

4
5    Attorney for Defendant
     Jorge Ballesteros

6
7
8                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
9                     The Honorable Stanley A. Bastian

10   United States of America,
11                            Plaintiff,         No.  4:20-CR-6004-SAB
12       v.                                      **Notice of Appearance**
13   Jorge Ballesteros,
14                            Defendant.
15

16       Please take notice that Craig D. Webster of the Federal Defenders
17
18   of Eastern Washington and Idaho hereby enters his appearance as
19   counsel of record in this matter. All future correspondence and court
20   filings should be forwarded directly to the address listed above.
21
22   //
23   //
24
25

Notice of Appearance:  1

Dated: December 30, 2021.

By s/ Craig D. Webster
Craig D. Webster, 40064
Attorney for Jorge Ballesteros
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on December 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Matthew A. Stone, Assistant United States Attorney.

s/ Craig D. Webster
Craig D. Webster

Notice of Appearance: 2