# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Richland

**USA v. JORGE BALLESTEROS**      Case No.    **2:22-MJ-0136-JAG-1**
                                                                                                       **4:20-CR-6004-SAB-1**

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Initial Appearance on Complaint and Initial Appearance**        05/05/2022
**on Additional Supervised Release Petition:**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Caitlin Baunsgard, US Atty [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Craig Webster, Defense Atty [R] |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

**Initial Appearance on Complaint:**
    Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the charging document.
    The Defendant acknowledged to the Court that his true and correct name is: Jorge Ballesteros.

| **Detention Hearing:** 05/10/2022 @ 2:3:0 p.m. [S/JAG] (Video Conf) | **Preliminary Hearing:** 05/12/2022 @ 1:30 p.m. [S/JAG] (Video Conf) | **Status Hearing:** *NA* |
|---|---|---|

**Initial Appearance on Additional Supervised Release Petition:**
    Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the petition filed on 3/17/2022 regarding alleged violation numbers 5-7.

The Defendant acknowledged to the Court that his true and correct name is: Jorge Ballesteros. A denial of the violations pending on the petition is entered on behalf of Defendant.

| Detention Hearing on Petition:<br>05/10/2022 @ 2:30 p.m.<br>[S/JAG] (Video Conf) | Preliminary Hearing:<br><br>*Waived by Defendant* | Revocation Hearing:<br>6/9/2022 @ 1:00 p.m.<br>[Y/SAB] |
|---|---|---|

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.