AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 09, 2022**

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jorge Ballesteros | ) | Case No.  4:20-cr-06004-SAB-1 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jorge Ballesteros    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed 03/17/2022.

Date: Mar 17, 2022, 9:21 am

*Issuing officer's signature*

City and state:    Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* 03/17/2022, and the person was arrested on *(date)* 05/05/2022
at *(city and state)* Richland, WA.

Date: 05/05/2022

*Arresting officer's signature*

DUSM Hernandez 4838
*Printed name and title*