FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE BALLESTEROS,<br><br>Defendant. | No. 4:20-CR-06004-SAB-1<br><br>ORDER FOLLOWING<br>INITIAL APPEARANCE<br>ON PETITION<br><br>**USMS ACTION REQUIRED** |

On May 5, 2022, the Court held a hearing for Defendant JORGE BALLESTEROS' initial appearance based on a petition for action, post-conviction, filed March 17, 2022, ECF No. 128, alleging violation, Nos. 5-7. Defendant appeared while in custody via video teleconference from Richland represented by Assistant Federal Defender Craig Webster, who appeared via video teleconference from Richland. Assistant U.S. Attorney Caitlin Baunsgard represented the United States. U.S. Probation Officer Elizabeth Lee was also present and appeared via video teleconference from Richland. Defendant consented to proceed via video teleconference.

Defendant was advised of, and acknowledged, his rights. The Court entered a denial of the violations pending on the petition on behalf of Defendant. Defendant did not dispute that probable cause exists for purposes of scheduling a supervised release revocation hearing. Accordingly, the Court finds **PROBABLE**

ORDER - 1

**CAUSE** to hold Defendant to respond to the violations set forth in the petition, ECF No. 128.

The United States is seeking detention.  **ECF No. 132**.  Defendant requested a detention hearing.

A **detention hearing is scheduled for May 10, 2022, at 2:30 p.m.**, before the undersigned.  **Defendant shall appear from Richland Courtroom 326.**

Defendant shall remain in custody pending the hearing and shall be afforded reasonable opportunity for private consultation with counsel.

A **supervised release revocation hearing** is set before Senior Judge Bastian, on **June 9, 2022, at 1:00 p.m. in Yakima.**

**IT IS SO ORDERED.**

DATED May 9, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2