# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Richland

**USA v.  JORGE BALLESTEROS**          Case No.   2:22-MJ-0136-JAG-1
                                                  4:20-CR-6004-SAB-1

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Detention Hearing:**                                           05/10/2022

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Caitlin Baunsgard, US Atty [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Craig Webster, Defense Atty [R] |
| ☒ | Erica Helm & Janie Coronado, US Probation /Pretrial Services (tele/video) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defense counsel advises the Court the Federal Defenders Office has a conflict and would motion the Court to appoint counsel from the CJA panel.

**The Court ordered:**

1. Defense counsel's Motion to Appoint CJA Counsel is **GRANTED.**
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Detention Hearing (1ˢᵗ Cont.)**
**05/12/2022 @ 2:30 p.m.**
**[R/JAG] (Video Conf)**