# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Richland

**USA v. JORGE BALLESTEROS**       Case No.    4:22-CR-6021-SAB-1
                                                                             4:20-CR-6004-SAB-1

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Arraignment on Indictment and Detention Hearing:**                  05/12/2022

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Caitlin Baunsgard, US Atty (video) |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Scott Johnson, Defense Atty [R] |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer [R] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | ☐ | AO 199c Advice of Penalties/Sanctions filed |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

Defense counsel moves to withdraw due to a personal conflict; Defense counsel would proceed for arraignment only. Detention hearing will be continued with new counsel appointed.

Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the charging document.
The Defendant acknowledged to the Court that his true and correct name is: Jorge Ballesteros.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant's Motion to Withdraw Counsel is **granted.**
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.
3. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing (1st Cont.):**
**05/16/2022 @ 10:00 a.m.**
**[R/JAG] (Video Conf)**