# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Richland

**USA v. JORGE BALLESTEROS**  Case No.  **4:20-CR-6004-SAB-1**
                                        **4:22-CR-6021-SAB-1**

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Detention Hearing on Indictment and on Supervised Release Petition:**    **05/16/2022**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Caitlin Baunsgard, US Atty (video) |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Ricardo Hernandez, Defense Atty [R] |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services [R] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

---

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defense counsel advises the Court that Defendant would be waiving Detention today. Defense counsel was appointed on Friday and needs more time to prepare with the Defendant regarding his detention hearing. Defense counsel will motion to re-open detention when they are ready. Defendant has no objections to waiving his detention hearing today.

**Detention hearing waived by Defendant; subject to right to return before the Court should circumstances change.**

**The Court ordered:**
1. USA's Motion for Detention is granted; subject to right to return before the Court should circumstances change.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.