```
 1  Vanessa R. Waldref
    United States Attorney
 2  Eastern District of Washington
 3  Caitlin A. Baunsgard
    Assistant United States Attorney
 4  Post Office Box 1494
    Spokane, WA 99210-1494
 5  Telephone: (509) 353-2767
 6
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20-cr-06004-SAB |
| vs. | |
| JORGE BALLESTEROS, | Substitution of Counsel for the United States |
| Defendant. | |

Caitlin A. Baunsgard, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States replacing Matthew A. Stone.

Dated: August 19, 2022.

Vanessa R. Waldref
United States Attorney

| *s/ Caitlin A. Baunsgard* | *s/ Matthew A. Stone* |
|---|---|
| Caitlin A. Baunsgard | Matthew A. Stone |
| Assistant United States Attorney | Assistant United States Attorney |

Substitution of Counsel for the United States