# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v. JORGE BALLESTEROS**     Case No.   4:20-CR-6004-SAB-1
                                             4:22-CR-6021-SAB-1

**Defense Motion to Withdraw as Counsel Hearing:**       12/16/2022

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Caitlin Baunsgard, US Atty (video) |
| ☒ | Pam Howard, Courtroom Deputy [video] | ☒ | Ricardo Hernandez, Defense Atty |
| | | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

## REMARKS

Court colloquy with Counsel that regarding this hearing.

Defense counsel advised USA needs to be excused from portion to this hearing and requests the hearing be sealed – **granted.**

USA Baunsgard excused 2:36 p.m. – 2:45 p.m.

Court grants Defense motion to withdraw and Mr. Ballesteros will be appointed new counsel from the CJA panel.